UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINIQUE MERRIMAN,<br><br>Plaintiff,<br><br>v.<br><br>JOE LIZARRAGA, et al.,<br><br>Defendants. | No. 2:17-cv-1701 MCE KJN P<br><br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding pro se, and is presently housed at Mule Creek State Prison. This matter is set for settlement conference on January 15, 2019, at 9:00 a.m., at California State Prison, Sacramento. On December 10, 2018, plaintiff filed a request to conduct the settlement conference by videoconference. Although Mule Creek State Prison has videoconference capability, California State Prison, Sacramento, does not. Therefore, plaintiff's request is denied. However, based on plaintiff's concerns, a revised writ of habeas corpus ad testificandum will issue under separate cover that orders plaintiff's custodian to transport him to and from California State Prison, Sacramento, on the same day. Accordingly, IT IS HEREBY ORDERED that plaintiff's December 10, 2018 request (ECF No. 46) is denied.

Dated: December 14, 2018

/merr1701.1vid

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE