UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINIQUE MERRIMAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOE LIZARRAGA, et al.,<br><br>　　　　　Defendants. | No. 2:17-cv-1701 MCE KJN P<br><br>FINDINGS AND RECOMMENDATIONS |

　　　By an order filed October 10, 2018, this court ordered plaintiff to complete and return to the court, within thirty days, the USM-285 forms necessary to effect service on defendants Rodriguez, Ramos and Miana. That thirty-day period has since passed, and plaintiff has not responded in any way to the court's order.

　　　IT IS HEREBY RECOMMENDED that defendants Rodriguez, Ramos and Miana be dismissed from this action without prejudice. See Fed. R. Civ. P. 41(b).

　　　These findings and recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time

/////

1

may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: January 25, 2019

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

merr1701.fus